**EXHIBIT 2 - CLAIM CHART**

**Infringement Claim Chart for U.S. Pat. No. 7,650,376 v. Pandora Media, Inc. ("Defendant")**

| Claim 37 | |
|---|---|
| 37. A computer readable storage medium or media encoded with one or more computer programs including instructions for effecting the provision of content over a network, comprising: | Defendant (Pandora Media) provides an app (i.e., the media encoded with a computer program (Pandora app)) that includes instructions for effecting the provision of content (e.g., music, comedy, podcasts, etc.) over a network (i.e., the internet).<br><br>Pandora is a leading music and podcast discovery platform, providing a highly-personalized listening experience to approximately 70 million users each month with its proprietary Music Genome Project® and Podcast Genome Project® technology - whether at home or on the go - through its mobile app, the web, and integrations with more than 2,000 connected products. As the largest streaming music provider in the U.S., with an industry-leading digital audio advertising platform, Pandora connects listeners with the audio entertainment they love. Pandora is a subsidiary of Sirius XM Holdings Inc. (NASDAQ: SIRI). Together, Pandora and SiriusXM have created the world's largest audio entertainment company.<br><br>Source: https://www.pandora.com/about<br><br><br><br>Source: https://www.pandora.com/ |

## Explore the new Pandora!

Go beyond stations and find the music, comedy and podcasts you love. Play any song from Pandora's library, magically make playlists, go offline and more.

Source: https://www.pandora.com/

## Listen anytime, anywhere.

Take your music with you wherever you go.

Listen to Pandora on mobile devices, desktop, TV, Apple Watch, using voice assistants, or in the car.

 

Source: https://www.pandora.com/



Source: Actual usage of Chrome DevTools to show a computer-readable storage medium (e.g., server: Apache) including instructions for effecting the provision of content (i.e., music, comedy, podcasts, etc.) over a network (i.e., internet).

| a)instructions for receiving a request from a client for specified content; | As shown below, the Pandora app provides a user interface (presented through instructions within the app) that presents an interface to receive an input request from a user for specified content like music, comedy, podcasts, etc. <br><br>  <br><br> Source: https://www.pandora.com/ <br><br>  <br><br> Source: https://www.pandora.com/ |



Source:  https://www.pandora.com/browse

Source: Actual usage of Chrome DevTools to show instructions for the Pandora global browse menu or search bar to receive an input request from a user for specified content like music, comedy, podcasts, etc.

| | Time | Source | Destination | Protocol | Length | Info |
|---|---|---|---|---|---|---|
| 1343 | 10.031865 | 172.217.16.132 | 192.168.50.250 | UDP | 257 | 443 → 54285 Len=215 |
| 1344 | 10.032427 | 192.168.50.250 | 172.217.16.132 | UDP | 75 | 54285 → 443 Len=33 |
| 1345 | 10.032590 | 192.168.50.250 | 172.217.16.132 | UDP | 75 | 54285 → 443 Len=33 |
| 1346 | 10.032715 | 192.168.50.250 | 172.217.16.132 | UDP | 75 | 54285 → 443 Len=33 |
| 1347 | 10.044849 | 192.168.50.250 | 103.93.202.175 | RDPUDP | 241 | CORRELATIONID,AOA |
| 1348 | 10.063043 | 192.168.50.250 | 192.168.50.1 | DNS | 75 | Standard query 0x516a A www.pand |
| 1349 | 10.067028 | 172.217.16.132 | 192.168.50.250 | UDP | 1150 | 443 → 54285 Len=1108 |
| 1350 | 10.067028 | 172.217.16.132 | 192.168.50.250 | UDP | 1116 | 443 → 54285 Len=1074 |
| 1351 | 10.067028 | 172.217.16.132 | 192.168.50.250 | UDP | 1009 | 443 → 54285 Len=967 |

| | Time | Source | Destination | Protocol | Length | Info |
|---|---|---|---|---|---|---|
| 1475 | 10.203298 | 192.168.50.250 | 103.93.202.175 | RDPUDP | 55 | AOA |
| 1476 | 10.205391 | 192.168.50.250 | 103.93.202.175 | RDPUDP | 1279 | CORRELATIONID,AOA |
| 1477 | 10.205425 | 192.168.50.250 | 103.93.202.175 | RDPUDP | 1279 | CORRELATIONID,AOA |
| 1478 | 10.205443 | 192.168.50.250 | 103.93.202.175 | RDPUDP | 129 | CORRELATIONID,AOA |
| 1479 | 10.213880 | 192.168.50.1 | 192.168.50.250 | DNS | 298 | Standard query response 0x516a A www.pandora.com A 208.85.40.158 NS dns1.p05.nsone.net NS ns2.p |
| 1480 | 10.214468 | 192.168.50.250 | 208.85.40.158 | TCP | 66 | 55972 → 443 [SYN] Seq=0 Win=64240 Len=0 MSS=1460 WS=256 SACK_PERM=1 |
| 1481 | 10.214962 | 103.93.202.175 | 192.168.50.250 | RDPUDP | 111 | CORRELATIONID |
| 1482 | 10.234512 | 192.168.50.250 | 103.93.202.175 | RDPUDP | 53 | [Malformed Packet] |
| 1483 | 10.245345 | 103.93.202.175 | 192.168.50.250 | RDPUDP | 114 | CORRELATIONID,AOA |
| 1484 | 10.248332 | 172.217.16.132 | 192.168.50.250 | UDP | 1285 | 443 → 54285 Len=1243 |
| 1485 | 10.251665 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1486 | 10.251991 | 192.168.50.250 | 103.93.202.175 | RDPUDP | 1287 | CORRELATIONID,SYNEX |
| 1487 | 10.252133 | 192.168.50.250 | 103.93.202.175 | RDPUDP | 285 | CORRELATIONID,AOA |
| 1488 | 10.255274 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1489 | 10.258458 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1490 | 10.261638 | 208.85.40.158 | 192.168.50.250 | TCP | 66 | 443 → 55972 [SYN, ACK] Seq=0 Ack=1 Win=14600 Len=0 MSS=1460 WS=1 SACK_PERM=1 |
| 1491 | 10.261637 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1492 | 10.261720 | 192.168.50.250 | 208.85.40.158 | TCP | 54 | 55972 → 443 [ACK] Seq=1 Ack=1 Win=262656 Len=0 |
| 1493 | 10.262221 | 192.168.50.250 | 208.85.40.158 | TLSv1.2 | 571 | Client Hello |
| 1494 | 10.265229 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1495 | 10.269137 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1496 | 10.272000 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1497 | 10.274867 | 192.168.50.250 | 172.217.16.132 | UDP | 75 | 54285 → 443 Len=33 |
| 1498 | 10.274873 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1499 | 10.278293 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1500 | 10.279035 | 103.93.202.175 | 192.168.50.250 | RDPUDP | 347 | CORRELATIONID,AOA |
| 1501 | 10.280687 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1502 | 10.282270 | 192.168.50.250 | 103.93.202.175 | RDPUDP | 1149 | CORRELATIONID,SYNEX,AOA |
| 1503 | 10.284243 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |

| | Time | Source | Destination | Protocol | Length | Info |
|---|---|---|---|---|---|---|
| 1514 | 10.483880 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1515 | 10.483880 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1516 | 10.483880 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1517 | 10.483904 | 208.85.40.158 | 192.168.50.250 | TCP | 60 | 443 → 55972 [ACK] Seq=1 Ack=518 Win=15117 L |
| 1518 | 10.483880 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1519 | 10.483968 | 208.85.40.158 | 192.168.50.250 | TLSv1.2 | 2974 | Server Hello |
| 1520 | 10.484031 | 192.168.50.250 | 208.85.40.158 | TCP | 54 | 55972 → 443 [ACK] Seq=518 Ack=2921 Win=2626 |
| 1521 | 10.484041 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1522 | 10.484041 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1523 | 10.484041 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1524 | 10.484149 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1525 | 10.484149 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1526 | 10.484149 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1527 | 10.484149 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1528 | 10.484149 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1529 | 10.484149 | 172.217.16.132 | 192.168.50.250 | UDP | 1292 | 443 → 54285 Len=1250 |
| 1530 | 10.484190 | 103.93.202.175 | 192.168.50.250 | RDPUDP | 111 | SYNEX |

```
Connection-specific DNS Suffix   . :
IPv4 Address. . . . . . . . . . . : 192.168.50.
Subnet Mask . . . . . . . . . . . : 255.255.255
Default Gateway . . . . . . . . . : 192.168.50.
```

Source: Actual usage of Wireshark (an open-source packet analyzer) shows the movement of packets between the core server (IP Address 208.85.40.158) and a client device (e.g., Analyst device - IP Address 192.168.50.250). For example, when the Analyst (i.e., client) search for Pandora media, then

| | a packet transmits from the analyst device to the core server and in return, a packet is received which leads to open the Pandora media website on the analyst's device where the analyst can request for specified content provided by different providers (as it can be clearly seen in the above snapshots for the packets movement). |
|---|---|

| b)instructions for communicating to the client the identity of a node server having the specified content stored thereon, | As shown below, when a user searches for any content (e.g., music, comedy, podcasts, etc.) in the search bar of the Pandora application/web page, the instructions stored on the main server communicate the identity of the various serving nodes (i.e., various channels or media content providers, etc.) to the client device.  Source: https://www.pandora.com/search/see%20me/all  Source: https://www.pandora.com/artist/leela-james/see-me/see-me/TRK9gfjbJ27r4Xq |
| --- | --- |





Source: https://www.pandora.com/search/what%20if/all



Source: https://www.pandora.com/artist/matthew-west/brand-new-deluxe-edition/what-if/TR9ZPr42bPxnghP





Source: Actual usage of Chrome DevTools to show the instructions stored on the main server communicate the identity of the various serving nodes (i.e., various channels or media content providers) to the client device.

| c) thereby enabling the client to request transmission of the specified content from the node server; and | As shown below, the user may request transmission i.e., watch the specified content (e.g., music, podcasts, comedy, etc.) from various serving nodes (i.e., various channels or media content providers, etc.) that are providing the specified content.<br><br><br><br>Source: https://www.pandora.com/artist/leela-james/see-me/see-me/TRK9gfjbJ27r4Xq<br><br> |



Source:       https://www.pandora.com/artist/matthew-west/brand-new-deluxe-edition/what-if/TR9ZPr42bPxnghP



Source: Actual usage of Chrome DevTools to show the instructions stored on the main server enables the user to watch the desired content from the different serving nodes (i.e., various channels or media content providers, etc.).





Source: Actual usage of Wireshark (an open-source packet analyzer) shows the movement of packets between the node server in two different examples (e.g., 1. IP Address - 208.85.42.27, and 2. IP Address - 209.196.209.22) and the client device (e.g., Analyst device - IP Address 192.168.50.250). For example,

the above snapshots show the client (e.g., Analyst device - IP Address 192.168.50.250) is requesting a specified content in both examples (e.g., 1. IP Address - 208.85.42.27, and 2. IP Address - 209.196.209.22) as the packet is transmitting from the client device to the node server.

| d)instructions for ascertaining that the node server transmitted the specified content to the client, | As shown below, the Pandora at the request of the user, then ascertains that the specified content is being transmitted to the user from the requested node server.<br><br><br><br>Source: Actual usage of Chrome DevTools to show the instructions stored on the main server ascertains that the specified content is being transmitted to the user from the requested node server. |
|---|---|

```
7551 21.233629    192.168.50.250    208.85.42.27      TCP      54 55195 → 443 [ACK] Seq=1656 Ack=1334090 Win=2103040 Len=0
7552 21.236448    103.93.202.175    192.168.50.250    TLSv1.2  111 Application Data
7553 21.236484    192.168.50.250    103.93.202.175    TCP      54 3389 → 54474 [ACK] Seq=1960 Ack=24281 Win=62920 Len=0
7554 21.241230    208.85.42.27      192.168.50.250    TLSv1.2 62054 Application Data, Application Data, Application Data, Application Data
7555 21.241230    208.85.42.27      192.168.50.250    TCP    1294 443 → 55195 [ACK] Seq=1396090 Ack=1656 Win=43008 Len=1240 [TCP segment of a reassembled PDU]
7556 21.241230    208.85.42.27      192.168.50.250    TLSv1.2 16174 Application Data [TCP segment of a reassembled PDU]
7557 21.241357    192.168.50.250    208.85.42.27      TCP      54 55195 → 443 [ACK] Seq=1656 Ack=1413450 Win=2103040 Len=0
7558 21.241427    208.85.42.27      192.168.50.250    TCP    3774 443 → 55195 [ACK] Seq=1413450 Ack=1656 Win=43008 Len=3720 [TCP segment of a reassembled PDU]
7559 21.241427    208.85.42.27      192.168.50.250    TCP    1294 443 → 55195 [ACK] Seq=1417170 Ack=1656 Win=43008 Len=1240 [TCP segment of a reassembled PDU]
7560 21.241427    208.85.42.27      192.168.50.250    TLSv1.2 22374 Application Data
7561 21.241427    208.85.42.27      192.168.50.250    TCP    1294 443 → 55195 [ACK] Seq=1440730 Ack=1656 Win=43008 Len=1240 [TCP segment of a reassembled PDU]
7562 21.241427    208.85.42.27      192.168.50.250    TLSv1.2 22374 Application Data [TCP segment of a reassembled PDU]
7563 21.241427    208.85.42.27      192.168.50.250    TCP    1294 443 → 55195 [ACK] Seq=1464290 Ack=1656 Win=43008 Len=1240 [TCP segment of a reassembled PDU]
7564 21.241427    208.85.42.27      192.168.50.250    TLSv1.2 27334 Application Data, Application Data
7565 21.241536    192.168.50.250    208.85.42.27      TCP      54 55195 → 443 [ACK] Seq=1492810 Win=2023680 Len=0
7566 21.241568    208.85.42.27      192.168.50.250    TLSv1.2 27334 Application Data [TCP segment of a reassembled PDU]
7567 21.241568    208.85.42.27      192.168.50.250    TCP    1294 443 → 55195 [ACK] Seq=1520090 Ack=1656 Win=43008 Len=1240 [TCP segment of a reassembled PDU]
7568 21.241568    208.85.42.27      192.168.50.250    TLSv1.2 22374 Application Data, Application Data
7569 21.241568    208.85.42.27      192.168.50.250    TCP    1294 443 → 55195 [ACK] Seq=1543650 Ack=1656 Win=43008 Len=1240 [TCP segment of a reassembled PDU]
7570 21.241568    208.85.42.27      192.168.50.250    TCP    1294 443 → 55195 [ACK] Seq=1544890 Ack=1656 Win=43008 Len=1240 [TCP segment of a reassembled PDU]
7571 21.241639    192.168.50.250    208.85.42.27      TCP      54 55195 → 443 [ACK] Seq=1656 Ack=1546130 Win=1970176 Len=0
```

```
10614 26.566699   192.168.50.250    209.196.209.22    TCP      54 55783 → 443 [ACK] Seq=1 Ack=1 Win=262656 Len=0
10615 26.568109   192.168.50.250    209.196.209.22    TLSv1.2 571 Client Hello
10616 26.573462   192.168.50.250    103.93.202.175    RDPUDP  404 CORRELATIONID,AOA
10617 26.574931   192.168.50.250    103.93.202.175    RDPUDP 1279 CORRELATIONID,AOA
10618 26.575008   192.168.50.250    103.93.202.175    RDPUDP  135 CORRELATIONID,AOA
10619 26.576675   103.93.202.175    192.168.50.250    RDPUDP   60 SYNEX[Malformed Packet]
10620 26.590342   209.196.209.22    192.168.50.250    TCP      66 443 → 55784 [SYN, ACK] Seq=0 Ack=1 Win=39680 Len=0 MSS=1240 SACK_PERM=1 WS=128
10621 26.590443   209.196.209.22    192.168.50.250    TCP      60 443 → 55783 [ACK] Seq=1 Ack=1 Win=262656 Len=0
10622 26.591107   192.168.50.250    209.196.209.22    TLSv1.2 571 Client Hello
10623 26.593259   192.168.50.250    103.93.202.175    RDPUDP   60 [Malformed Packet]
10624 26.593539   192.168.50.250    103.93.202.175    RDPUDP  390 CORRELATIONID,AOA
10625 26.593726   192.168.50.250    103.93.202.175    RDPUDP   60 [Malformed Packet]
10626 26.598693   103.93.202.175    192.168.50.250    RDPUDP  228 SYNEX
10627 26.602368   209.196.209.22    192.168.50.250    TCP      60 443 → 55783 [ACK] Seq=1 Ack=518 Win=40832 Len=0
10628 26.605820   209.196.209.22    192.168.50.250    TLSv1.2 1294 Server Hello
10629 26.605820   209.196.209.22    192.168.50.250    TCP    1294 443 → 55783 [ACK] Seq=1241 Ack=518 Win=40832 Len=1240 [TCP segment of a reassembled PDU]
10630 26.605906   192.168.50.250    209.196.209.22    TCP      54 55783 → 443 [ACK] Seq=518 Ack=2481 Win=262656 Len=0
10631 26.606633   209.196.209.22    192.168.50.250    TLSv1.2 869 Certificate, Server Key Exchange, Server Hello Done
10632 26.615976   103.93.202.175    192.168.50.250    RDPUDP   60 [Malformed Packet]
10633 26.617278   192.168.50.250    103.93.202.175    RDPUDP   53 [Malformed Packet]
10634 26.623082   192.168.50.250    103.93.202.175    RDPUDP 1279 CORRELATIONID,AOA
10635 26.623186   192.168.50.250    103.93.202.175    RDPUDP  715 CORRELATIONID,AOA
```

Source: Actual usage of Wireshark (an open-source packet analyzer) shows the movement of packets between the node server in two different examples (e.g., 1. IP Address - 208.85.42.27, and 2. IP Address - 209.196.209.22) and the client device (e.g., Analyst device - IP Address 192.168.50.250). For example, the above snapshots show the client (e.g., Analyst device - IP Address 192.168.50.250) is receiving a requested content from the requested node in both examples (e.g., 1. IP Address - 208.85.42.27, and 2. IP Address - 209.196.209.22) as the packet is transmitting from the node server to the client device.



| | |
|---|---|
| e) wherein an owner of the node server is offered an incentive as compensation for transmission of the specified content to the client. | As shown below, NGINX offers Per instance pricing and Enterprise pricing for its services. So, it must be Pandora media offers an incentive as compensation to the owner of the node server (e.g., F5 Networks, Inc.) for storage and transmission of the content to the user.<br><br><br><br><br><br>Source: Actual usage of Chrome DevTools to show the Pandora offers an incentive as compensation to the owner of the node server (e.g., F5 Networks, Inc.) for storage and transmission of the content to the user. |

## PER INSTANCE PRICING

✔ Annual or hourly subscriptions, priced per instance for individual instances

✔ Purchase instances on any public cloud marketplace, get up and running in minutes

✔ 24/7 Enterprise support with 30-minute SLA is available

For less critical deployments, we offer Basic support or Professional support as well. Compare support levels

**BUY NOW**

## ENTERPRISE PRICING

✔ Annual subscription for application-business unit, & other enterprise-cl models

✔ Pricing that takes containers, VMs, production/staging, use cases and of instances into account

✔ All the features of NGINX Plus alon our award winning 24/7 support

Contact us for customized pricing

**CONTACT SALES**

Source: https://www.nginx.com/pricing/