David A. Ward
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
732-852-7500
Attorneys for Plaintiff
   Dward@klugerhealey.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC, *Plaintiff*, v. PANDORA MEDIA, LLC, *Defendant*. | CIV. NO. 24-1102 **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff states that it is 100% owned by Patent Asset Management, LLC.

Dated: February 15, 2024

Respectfully submitted,
**KLUGER HEALEY, LLC**
521 NEWMAN SPRINGS ROAD, SUITE 23
LINCROFT, NJ  07738
Tel:    (973) 307-0800
Fax:    (888) 635-1653
dward@klugerhealey.com

By:  /s David A. Ward
       DAVID A. WARD