IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 1:24-cv-01102 |
| v. | ) ) ) |
| PANDORA MEDIA, LLC, | ) ) ) |
| Defendant. | ) ) ) |

**CORPORATE DISCLOSURE STATEMENT OF PANDORA MEDIA, LLC PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Pandora Media, LLC, by and through its undersigned counsel, hereby certified that it is a wholly owned subsidiary of Sirius XM Radio Inc.  Sirius XM Holdings Inc., a publicly traded corporation, owns 100% of the common stock of Sirius XM Radio Inc. and Liberty Media Corporation, a publicly traded corporation, owns more than 10% of the common stock of Sirius XM Holdings Inc.

Dated: April 12, 2024

                                                          Respectfully submitted,

                                                       KRAMER LEVIN NAFATALIS & FRANKEL LLP

                                                       By: */s/ Mark A. Baghdassarian*
                                                               Mark A. Baghdassarian
                                                               Shannon H. Hedvat
                                                               1177 Avenue of the Americas
                                                               New York, NY 10036
                                                               Tel: (212) 715-9193
                                                               Fax: (212) 715-8362

mbaghdassarian@kramerlevin.com<br>
shedvat@kramerlevin.com

*Attorneys for Defendant*