AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Quantum Technology Innovations, LLC ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:24-cv-01102 |
| Pandora Media, LLC ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pandora Media, LLC .

Date: 04/12/2024

/s/ Shannon H. Hedvat
*Attorney's signature*

Shannon H. Hedvat  SH-2185
*Printed name and bar number*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
*Address*

SHedvat@KRAMERLEVIN.com
*E-mail address*

(212) 715-9185
*Telephone number*

(212) 715-8000
*FAX number*