IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>PANDORA MEDIA, LLC,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1-24-cv-01102<br>)<br>)  **NOTICE OF MOTION**<br>)<br>)<br>) |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Mark A. Baghdassarian, dated July 1, 2024, with exhibits, Defendant Pandora Media, LLC ("Pandora") will move this Court, before the Honorable Denise L. Cote, United States District Judge, on a date and time to be set by the Court, at the Southern District of New York, 500 Pearl Street, Courtroom 18B, for an Order dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and awarding Pandora such other and further relief as the Court deems just and proper.

Dated: July 1, 2024
New York, New York

Respectfully submitted,

By:  *s/ Mark A. Baghdassarian*
     Mark A. Baghdassarian
     Shannon Hedvat
     Jeffrey Coleman
     mbaghdassarian@kramerlevin.com

        shedvat@kramerlevin.com
        jcoleman@kramerlevin.com
        Kramer Levin Naftalis & Frankel LLP
        1177 Avenue of the Americas
        New York, NY 10036
        Tel: (212) 715-9100
        Fax: (212) 715-8000

***Counsel for Defendant Pandora Media, LLC***