IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC <br><br> *Plaintiff*, <br><br> v. <br><br> PANDORA MEDIA, LLC, <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 1-24-cv-01102 <br><br> **DECLARATION OF** <br> **MARK A. BAGHDASSARIAN** |

I, Mark A. Baghdassarian, hereby declare as follows:

1. I am a partner with Kramer Levin Naftalis & Frankel LLP, counsel for Defendant Pandora Media, LLC ("Pandora"). I respectfully submit this declaration to provide the Court documents cited in Pandora's Memorandum of Law in Support of its Motion to Dismiss for Failure to Claim Patentable Subject Matter Under 35 U.S.C. § 101.

2. Attached as **Exhibit A** is a copy of Plaintiff Quantum Technology Innovation, LLC's Complaint and accompanying claim chart, dated February 15, 2024 (Docket No. 1).

3. Attached as **Exhibit B** is a copy of the USPTO Assignment Record for U.S. Patent No. 7,650,376, that is referenced on pages 2–3 of Pandora's Memorandum of Law in Support of its Motion to Dismiss for Failure to Claim Patentable Subject Matter Under 35 U.S.C. § 101, and which is a public record.

- 2 -

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true.

| | |
|---|---|
| Dated: July 1, 2024<br>New York, New York | By:   *s/ Mark A. Baghdassarian*<br>       Mark A. Baghdassarian |