```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   24cv1102(DLC)
QUANTUM TECHNOLOGY INNOVATIONS, LLC,      :
                                          :        ORDER
                              Plaintiff,  :
            -v-                           :
                                          :
PANDORA MEDIA, LLC,                       :
                                          :
                              Defendant.  :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    On July 1, 2024, defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

    ORDERED that plaintiff shall file any amended complaint by July 26, 2024. It is unlikely that plaintiff will have a further opportunity to amend.

    IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by July 26, 2024. Defendant's reply, if any, shall be filed by August 9. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for July 11, 2024 is adjourned <u>sine</u> <u>die</u>.

Dated:      New York, New York
            July 1, 2024

                                    _____
                                          DENISE COTE
                                    United States District Judge