# Kluger Healey, LLC
### Attorneys at Law

DAVID A. WARD
dward@klugerhealey.com
Admitted in NJ and NY

521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
P: (732) 852-7500
F: (888) 635-1653
www.klugerhealey.com

July 17, 2024

*Via ECF*
Honorable Denise L. Cote, USDJ
United States District Court
Southern District of New York
500 Pearl Street. Courtroom 18B
New York, NY 10007

    Re: *Quantum Technology Innovations, LLC v. Pandora Media, LLC*, 24-cv-01102-DLC
      *Quantum Technology Innovations, LLC v. AMC Networks, Inc.*, 24-cv-04745-GHW

Your Honor:

  We represent Plaintiff Quantum Technology Innovations, LLC in the above matter and in the Related Cases.[1] We are in receipt of the Court's Order dated July 11, 2024 and agree that the Related Cases should be consolidated and motion practice in the matters be stayed pending resolution of the motion to dismiss filed by Pandora Media in action 24cv1102. Towards that end, we also write to confirm that we have conferred with Defendant AMC Networks, Inc., and agreed that AMC's time to answer the Complaint is extended to July 31, 2024, subject to this Court's approval.

        Respectfully yours,

        */s/ David A. Ward*
        DAVID A. WARD

---

[1] All of the Related Cases being *Quantum Technology Innovations, LLC v. Pandora Media, LLC*, 24-cv-01102; *Quantum Technology Innovations, LLC v. Showtime Networks, Inc., et al.*, 24cv1103; *Quantum Technology Innovations, LLC v. BroadwayHD, LLC*, 24-cv-04679; *Quantum Technology Innovations, LLC v. AMC Networks, Inc.*, 24-cv-04745; and *Quantum Technology Innovations, LLC v. Warner Bros. Discovery, Inc.*; 24-cv-04750.