David A. Ward
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
732-852-7500
Attorneys for Plaintiff
  Dward@klugerhealey.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>PANDORA MEDIA, LLC,<br><br>*Defendant.* | CIV. NO. 24-1102<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated by and between Plaintiff and Defendant Pandora Media, LLC, that the foregoing action be dismissed *with prejudice* and without costs.

Dated: August 8, 2024           Respectfully submitted,
                                **KLUGER HEALEY, LLC**

                                By: /s David A. Ward
                                    DAVID A. WARD

Dated: August 8, 2024           Respectfully submitted,
                                **KRAMER   LEVIN   NAFTALIS   &   FRANKEL LLP**


                                By: /s *Mark Baghdassarian*
                                    Mark Baghdassarian, Esq.