**Kluger Healey, LLC**
Attorneys at Law

DAVID A. WARD
dward@klugerhealey.com
Admitted in NJ and NY

521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
P: (732) 852-7500
F: (888) 635-1653
www.klugerhealey.com

August 8, 2024

*Via ECF*
Honorable Denise L. Cote, USDJ
United States District Court
Southern District of New York
500 Pearl Street. Courtroom 18B
New York, NY 10007

    Re: *Quantum Technology Innovations, LLC v. Pandora Media, LLC*,
      24-cv-01102-DLC
      and Related Cases

Your Honor:

  We represent Plaintiff Quantum Technology Innovations, LLC and write to notify the Court of the status of the above and related matters. We have filed on the above docket a stipulation of dismissal with prejudice as to Pandora Media, LLC. We are also dismissing the matters *Quantum Technology Innovations, LLC v. Showtime Networks, Inc.*, et al., 24cv1103; and *Quantum Technology Innovations, LLC v. AMC Networks, Inc.*, 24-cv-04745.

  This leaves as open matters the Related Cases *Quantum Technology Innovations, LLC v. BroadwayHD, LLC*, 24-cv-04679; *Quantum Technology Innovations, LLC v. Warner Bros. Discovery, Inc.*; 24-cv-04750 and the newly filed action *Quantum Technology Innovations, LLC v. Fastly, Inc.*; 24-cv-06027 (filed August 8, 2024).

  The Court recently granted Broadway HD's motion to extend time to file a responsive pleading. (Dckt. Entry 13 in 24-cv-04679). We have requested an Amended Summons for service upon *Warner Bros. Discovery, Inc.* In light of the dismissals filed, we believe that the motion to dismiss filed by Pandora Media (and the motion to dismiss previously filed by Showtime Networks, and then stayed by Order of the Honorable Margaret M. Garnett, USDJ) are mooted.

        Respectfully yours,

        */s/ David A. Ward*
        DAVID A. WARD